LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

PAUL V. MELODIA (State Bar #36065)
MATTHEW D. DAVIS (State Bar #141986)
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PASSANISI,<br><br>                Plaintiffs,<br><br>v.<br><br>TEREX CORPORATION; TEREX CRANES; GUIFFRE BROS. CRANES, INC.; and DOES ONE through FIFTY, inclusive,<br><br>                Defendants. | Case No. c 05-01556 SBA<br><br>**STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT** |

The undersigned parties stipulate that plaintiff shall be permitted to file the document attached as <u>Exhibit 1</u> to this stipulation as an Amended Complaint.  This Complaint is substantially similar to the original Complaint, the significant differences being a change in the caption to reflect that the action has been removed to federal court, and the naming of Terex RO Corporation as a new defendant.  The defendants that have already answered the original Complaint shall not have to answer the Amended Complaint.  Rather, their answers shall be deemed to be applicable to the amended complaint.

////

////

////

////

| | |
|---|---|
| Dated: | WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER |

_____
MATTHEW D. DAVIS
Attorney for Plaintiff

Dated:   LOMBARDI, LOPER & CONANT

_____
MATTHEW CONANT
Attorney for Defendant Giuffre Bros.

Dated:   CARROLL, BURDICK & MCDONOUGH

_____
LARRY B. PANEK
Attorney for Defendants Terex Corporation and Terex Cranes, Inc.

IT IS SO ORDERED.

Dated: __10/28/05                              *[signature]*
_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge

LAW OFFICES OF
**WALKUP, MELODIA, KELLY WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA  94108
(415) 981-7210

2

STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT - CASE NO. C 05-01556 SBA