UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PASSANISI, | Case No.  C05-1556 SBA (JCS) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SUBMISSION OF JOINT LETTER BRIEF BY AUGUST 21, 2006.** |
| TEREX CORPORATION, ET AL, | |
| Defendant(s). | |

On May 18, 2006, Plaintiff filed a Motion to Compel Further Responses to Discovery (the "Motion").

A joint letter brief was due on July 21, 2006.  On July 27, 2006, the parties requested an extension of time to submit their joint letter brief.  The Court granted the request and set a deadline date of August 10, 2006.  The joint letter brief is now one (1) week past due.

Plaintiff's counsel has not returned phone calls to the clerk, therefore, IT IS HEREBY ORDERED THAT the parties shall file their joint letter brief no later than **Monday, August 21, 2006,** otherwise the Motion will be DENIED.

IT IS SO ORDERED.

Dated: August 17, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge