UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PASSANISI, | Case No. C05-01556 SBA (JCS) |
| Plaintiff(s), | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY [Docket No. 27]** |
| v. | |
| TEREX CORPORATION, ET AL, | |
| Defendant(s). | |

On May 18, 2006, Plaintiff filed a Motion to Compel Further Responses to Discovery (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice for failure to file a Joint Letter Brief on September 18, 2006.

IT IS SO ORDERED.

Dated: September 20, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge