United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PASSANISI,<br><br>    Plaintiff,<br><br>    v.<br><br>TEREX CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. C- 05-01556 SBA (EDL)<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to private mediation, it is hereby ORDERED that the further settlement conference set for February 28, 2007 at 9:00 a.m. is VACATED.

Dated: February 23, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge