UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE PASSANISI,<br><br>                Plaintiffs,<br><br>v.<br><br>TEREX CORPORATION; TEREX RO CORPORATION; TEREX CRANES; GUIFFRE BROS. CRANES, INC.; and DOES ONE through FIFTY, inclusive,<br><br>                Defendants. | Case No. C 05-01556 SBA<br><br>[PROPOSED] AMENDED ORDER DISMISSING ACTION |

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled provided that such motion is filed on or before October 10, 2007. All scheduled dates, including the trial and pretrial dates, are VACATED.

    IT IS SO ORDERED.

Dated: _8/13/07_

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge